UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FREDERICK FULLER ET AL. | * | CASE NO. 4:20-cv-01027 |
| | * | |
| V. | * | RETURN OF SERVICE |
| | * | |
| JUMPSTAR ENTERPRISES, LLC ET AL. | * | |

### RETURN OF SERVICE ON BRIAN TYSON

STATE OF TEXAS           *
COUNTY OF MONTGOMERY     *

Before me, the undersigned authority, personally appeared Michael Ryden Bigner, who produced as identification a Texas driver license, and who after being by me duly sworn, did depose and state:

My name is Michael Ryden Bigner. I have personal knowledge of the facts contained herein, and they are true and correct in every detail. I am neither a party to nor interested in the outcome of the above-captioned cause. I am certified by the Judicial Branch Certification Commission per order of the Texas Supreme Court in accordance with Texas Government Code § 156 to execute citations and other notices of the Court, and make due return thereof. My process server certification number is PSC-17780. My certification expires 1/31/2022.

Came to hand on 13 July 2020 at 7:01 o'clock p m and executed on 14 July 2020 at 6:45 pm at 123 Reese Run Street, Montgomery, Texas, 77316, which is defendant's usual place of abode, by delivering to Brian Tyson, defendant, by delivering in person to Brian Tyson, Jr., a person of suitable age and discretion who resides there, a true copy of the following documents:

1. Summons in a Civil Action and Complaint, having first endorsed the date of delivery on the copy of the Summons;
2. Plaintiffs' Complaint - Collective Action;
3. Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure;
4. Initial Discovery Protocols for Fair Labor Standards Act Cases Not Pleaded as Collection Actions;
5. Order Scheduling the Rule 16 Conference With the Court and Setting Out the Court's Requirements for Initial Pretrial Work;
6. Notice of Resetting.

Executed this 23 day of July 2020.

_____
Michael Ryden Bigner PSC-17780

SWORN TO AND SUBSCRIBED before me this 23 day of July 2020.

_____
Notary Public for the State of Texas

FEE:
Taxable Court Cost Advanced by Plaintiff



DONNA WITCHER HILLS
Notary Public
STATE OF TEXAS
ID#1960934
My Comm. Exp. May 30, 2023